IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD JONES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **03-56-DRH** |
| ) | |
| **JEFF MOORE, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to strike defendant Powers' motion for summary judgment and Powers' affidavit in support thereof. **(Doc. 63).** Plaintiff contends that various assertions in Power's motion for summary judgment and affidavit are false and without factual support. Accordingly, plaintiff would have the Court strike Powers' documents and deny Powers' motion for summary judgment.

Powers' motion for summary judgment **(Doc. 49)** is still pending. Plaintiff has filed a response and submitted supporting documentation **(Doc. 52)**. The parties competing arguments and evidence will be evaluated in due course in accordance with Federal Rule of Civil Procedure 56 and all applicable evidentiary rules. In the present motion to strike, plaintiff has offered nothing but bare assertions that Powers misstated facts and "is being deceitful to maintain a defense." Therefore, there is no basis for striking Powers' motion for summary judgment and/or affidavit.

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike **(Doc. 63)** is **DENIED**.

**IT IS SO ORDERED.**

1

**DATED: December 7, 2005**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **U. S. MAGISTRATE JUDGE**