IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD JONES,** | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **03-56-DRH** |
| **JEFF MOORE, et al.,** | ) ) ) |
| Defendants. | ) ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court are two similar motions filed by plaintiff, both alleging that several correctional officers at Pontiac Correctional Center have been throwing out plaintiff's legal mail, and that the warden has allowed the problem to continue, despite plaintiff's grievances. **(Docs. 73 and 74).** Plaintiff seeks copies of documents he perceives to have been filed in this case, a restraining order and "an adequate remedy."

Defendants have filed responses indicating that they have all sent plaintiff copies of the most recently filed documents. **(Docs. 72 and 75).** Therefore, plaintiff's motion is moot insofar as he seeks copies.

Insofar as plaintiff seeks injunctive relief and an adequate remedy, the Court is without jurisdiction over the correctional officers and warden alleged to be interfering with plaintiff's legal mail, because those individuals are not defendants in this action. Plaintiff's only remedy lies in filing a separate action against those individuals.

**IT IS THEREFORE ORDERED** that plaintiff's motions for copies, a restraining order and "an adequate remedy" **(Docs. 73 and 74)** are **DENIED**.

**IT IS SO ORDERED.**

**DATED: December 7, 2005**

                 <u>**s/ Clifford J. Proud**</u>
                 **CLIFFORD J. PROUD**
                 **U. S. MAGISTRATE JUDGE**