IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GERALD JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **03-56-DRH** |
| | ) | |
| **JEFF MOORE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Plaintiff Gerald Jones, proceeding pro se, is before the Court seeking reconsideration of the Court's December 7, 2005, order **(Doc. 78)** denying his motion to strike defendant Powers' motion for summary judgment **(Doc. 63)** and Powers' affidavit in support thereof. **(Doc. 81).** Plaintiff takes issue with the following statement from the Court's order:

> In the present motion to strike, plaintiff has offered nothing but bare assertions that Powers misstated facts and "is being deceitful to maintain a defense." Therefore, there is no basis for striking Powers' motion for summary judgment and/or affidavit.

Plaintiff contends that there is evidence to support his position, illustrating that Powers' affidavit is incorrect and not based on personal knowledge.

Plaintiff misconstrues the Court's meaning. Whether defendant Powers' affidavit and other evidence support his motion for summary judgment, or whether plaintiff's competing affidavit and evidence will suffice to ward off summary judgment, or whether questions of fact remain that preclude summary judgment, are all issues to be decided in connection with the

1

motion for summary judgment itself, not plaintiff's motion to strike the motion for summary judgment.  The Court was merely ruling that the motion to strike was insufficient.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration **(Doc. 81)** is **DENIED**.  The Court's December 7, 2005 order **(Doc. 78)** stands.

**IT IS SO ORDERED.**

**DATED: January 3, 2006**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U. S. MAGISTRATE JUDGE**