IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **03-56-CJP** |
| | ) |
| **JEFF MOORE, BRAD SHIELDS,** | ) |
| **LT. WRIGHT, MR. NEIGHBORS,** | ) |
| **MR. SERLES, and DR. POWERS,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff Gerald Jones' "Motion for Entry of Judgment."  **(Doc. 110).** Despite the caption of his motion, plaintiff is seeking a ruling on his previously filed motion for reconsideration of the order granting defendant Powers summary judgment.  By separate order the Court has found no basis for vacating that grant of summary judgment.

**IT IS THEREFORE ORDERED** the subject motion **(Doc. 110)** is **DENIED AS MOOT**.

**DATE: July 18, 2006**

   s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**