IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 03-56-CJP |
| ) | |
| JEFF MOORE, BRAD SHIELDS, ) | |
| LIEUTENANT WRIGHT, ) | |
| MR. NEIGHBORS, MR. SERLES, ) | |
| and DOCTOR POWERS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Defendant **DOCTOR POWERS** was dismissed by an Order entered by Judge Clifford J. Proud on March 24, 2006 (Doc. 97).

The remaining defendants came before the Court for a trial by jury. The issues have been tried and the jury rendered a verdict in favor of defendants and against plaintiff.

**JEFF MOORE, BRAD SHIELDS, LIEUTENANT WRIGHT, MR. NEIGHBORS** and **MR. SERLES** proceeded to trial by jury. The Jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **JEFF MOORE, BRAD SHIELDS, LIEUTENANT WRIGHT, MR. NEIGHBORS, MR. SERLES** and **DOCTOR POWERS** and against plaintiff **GERALD JONES** in accordance with Order (Doc 97) and Jury Verdict (Doc.132).

Plaintiff shall take nothing from this action.

**DATED**: September 27, 2006

NORBERT G. JAWORSKI, CLERK

BY: S/Angela Vehlewald
Deputy Clerk

Approved by  S/Clifford J. Proud
United States Magistrate Judge
Clifford J. Proud