IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD JONES,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **03-56-CJP** |
| ) | |
| **JEFF MOORE, BRAD SHIELDS,** ) | |
| **LT. WRIGHT, MR. NEIGHBORS,** ) | |
| **MR. SERLES, and DR. POWERS,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiff Gerald Jones' "Notice and Consideration and Motion for a Entry of Judgment on the Pending Motion for Vacation of Judgment" [sic] **(Doc. 148).** Plaintiff seeks ruling on his "Motion for Reconsideration and Motion for New Trial and Relief from Judgment," filed October 11, 2006. **(Doc. 135).**

A review of the record reveals that after plaintiff filed his "Motion for Reconsideration and Motion for New Trial and Relief from Judgment" **(Doc. 135)**, but four days later and before the Court could rule, plaintiff filed a notice of appeal, thereby divesting this Court of jurisdiction to proceed on the motion. Plaintiff's appeal has now been dismissed. Accordingly, the Court will proceed by separate order to consider plaintiff's motion for a new trial, which has been fully briefed by the parties.

**IT IS THEREFORE ORDERED**, for the aforestated reasons, plaintiff's "Notice and Consideration and Motion for a Entry of Judgment on the Pending Motion for Vacation of Judgment" [sic] **(Doc. 148) is GRANTED**, in that the Court will now take plaintiff's "Motion

for Reconsideration and Motion for New Trial and Relief from Judgment" **(Doc. 135)** under advisement.

**DATE: March 8, 2007**

                                                     **s/ Clifford J. Proud**
                                                   **CLIFFORD J. PROUD**
                                                   **U. S. MAGISTRATE JUDGE**