IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GERALD JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **03-56-CJP** |
| | ) | |
| **JEFF MOORE, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

By order dated November 14, 2006, the Seventh Circuit Court of Appeals dismissed the appeal from this action because plaintiff failed to tender his appellate filing fee of $455.00. **(Doc. 147).** In their mandate the Seventh Circuit directed the Clerk of this court to collect that appellate filing fee from plaintiff's trust fund account "using the mechanism of Section 1915(b)." A review of the record has revealed that the Court inadvertently neglected to initiate collection procedures. Plaintiff has not submitted a copy of his prison trust fund account activity. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the appeal. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court.

**IT IS SO ORDERED.**

**DATED: June 8, 2007**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**